```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

ROCHELLE D. ROEWER,

    Plaintiff,

                        Case No. 8:10-cv-615-T-33TGW
                        Case No. 8:10-cv-1673-T-33TBM

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

**ORDER**

    This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's report and recommendation (Doc. # 6), filed on August 17, 2010.  In his report and recommendation, Judge Wilson recommends that case 8:10-cv-615-T-33TGW be dismissed for failure to perfect service on Defendant.  However, on August 27, 2010, Plaintiff filed a response indicating that, due to a clerical error, there are actually two identical cases pending between the parties. (Doc. # 7).  The case numbers for the identical cases are reflected above.  Plaintiff filed her proof of service on Defendant in the later filed case of 8:10-cv-1673-T-33TBM.

Rather than dismissing the first filed of the two identical cases as recommended by Judge Wilson, the Court determines that it is appropriate to consolidate the cases. This case will proceed under the first filed case of 8:10-cv-615-T-33TGW.  The Clerk shall file each document from case 8:10-cv-1673-T-33TBM in case 8:10-cv-615-T-33TGW, and thereafter, the Clerk shall close case 8:10-cv-1673-T-33TBM.

**Standard**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

<u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas G. Wilson's report and recommendation (Doc. # 6) is **MODIFIED AS SPECIFIED ABOVE.**

(2) Case 8:10-cv-615-T-33TGW is consolidated with case 8:10-cv-1673-T-33TBM. This action shall proceed under the lead case of 8:10-cv-615-T-33TGW, and all future pleadings shall be filed in that case.

(3) The Clerk shall file each document from case 8:10-cv-1673-T-33TBM in case 8:10-cv-615-T-33TGW, and thereafter, the Clerk shall **CLOSE** case 8:10-cv-1673-T-33TBM.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of September 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record