```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
ROCHELLE D. ROEWER,

      Plaintiff,
                             Case No. 8:10-cv-615-T-33TGW
                             Case No. 8:10-cv-1673-T-33TBM
v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.
_____/
```

**ORDER**

This matter is before the Court sua sponte. On September 9, 2010, this Court entered an order consolidating the aforementioned cases. The Court determined that the case should proceed under the first-filed case of 8:10-cv-615-T-33TGW.

However, upon further consideration, the Court has determined that, because Plaintiff paid the filing fee on June 28, 2010, in case 8:10-cv-1673-T-33TBM, this case should proceed under that case, rather than under case 8:10-cv-615-T-33TGW.

Accordingly, these consolidated cases shall proceed under case 8:10-cv-1673-T-33TBM.

-1-

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The aforementioned consolidated cases shall proceed under case 8:10-cv-1673-T-33TBM.

(2) The Clerk is directed to reopen case 8:10-cv-1673-T-33TBM.

(3) The Clerk shall close case 8:10-cv-615-T-33TGW.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of September 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record